Camille De Rose, Plaintiff, v. George C. Adams,
Defendant-Appellant, George W. Faulkner, Re-
ceiver-Appellee, A. M. Burroughs, Appellee.

Gen. No. 46,796. (Abstract of Decision.)

First District, Third Division.

May 23, 1956.

Released for publication June 13, 1956.

George C.
Adams, pro se, defendant-appellant; George C. Adams, pro se,
and Lawrence M. Fine, of counsel; A. M. Burroughs, for George
W. Faulkner, receiver and appellee. Opinion by JUDGE FEIN-
BERG. Not to be published in full.